UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA MORRISSETTE,

          Plaintiff,

v.

PINNACLE ASSET GROUP, LLC, ET AL.

          Defendants.

_____/

Case No. 14-10259

SENIOR U. S. DISTRICT JUDGE
ARTHUR J. TARNOW

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

Before the Court is Plaintiff's Motion for Attorneys' Fees [54]. Despite a Court order, Defendants did not file a response to Plaintiff's Motion. *See Smoot v. United Transp. Union*, 246 F.3d 633, 648 (6th Cir. 2001); *Federal Deposit Ins. Corp. v. Binion*, 953 F.3d 1013, 1018 (6th Cir. 1991) (concluding that "Defendant . . . waived any objection she had to both plaintiff's application for and the district court's award of attorney's fees" because defendant failed to respond to plaintiff's motion for attorney fees before the district court).

On October 27, 2016, the Court ordered Plaintiff to address certain discrepancies in the calculations of the requested amount of attorneys' fees [61].

Plaintiff promptly responded and explained that the error was due to a computer software issue [62]. The Court is satisfied and will award Plaintiff the requested amount of $28,536.14 in attorneys' fees and costs.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorneys' Fees [54] is **GRANTED**. Plaintiff is entitled to attorneys' fees and costs in the amount of $28,536.14.

**SO ORDERED.**

s/Arthur J. Tarnow

Arthur J. Tarnow
Dated: October 27, 2016          Senior United States District Judge